DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFREDO A. BLESS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0014

[April 2, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 50-2019-CF-002831-AXXX-MB.

Alfredo A. Bless, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***